UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA LODI,

           Plaintiff,

   - against -                    21-cv-6336 (JGK)

INTERNATIONAL BUSINESS MACHINES    ORDER
CORP.,

           Defendant.

JOHN G. KOELTL, District Judge:

The plaintiff's request to file her motion for summary judgment preliminarily under seal is **granted**. The Court will decide the issues concerning redaction in connection with the pending motion for summary judgment. Copies of the documents with the alleged confidential material redacted should be filed in the public docket.

SO ORDERED.

Dated:    New York, New York
          November 22, 2021

                                      John G. Koeltl
                               United States District Judge